**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK**

**PATRICIA L. BRUNE**
CLERK OF COURT

*Reply To:*
*Room 1400*
*U.S. Courthouse*
*Springfield, MO 65806*
*417/865-3869*

November 23, 2004

Ronald C. Weston
452 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids MI 49503

RE: USA v Scott K. Wiliamson
No. 01-03044-01-CR-S-SOW

Dear Sir:

Enclosed you will find attested/certified copies of the following for the transfer of Probation Jurisdiction:

1. Information
2. Judgment & Commitment
3. Form of Prob. 22
4. Docket Sheet

Please sign the copy of this and return to the Western District of Missouri Clerk's Office.

Thank You,
Patricia L. Brune, Clerk
By: _____
Deputy Clerk

Enc.

Signature of Westen District of Michigan _____

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. <u>01-3044-01-CR-S-SOW</u> |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2423(b) |
| | ) NMT 15 years and/or $250,000 |
| vs. | ) Supervised Release: NMT 3 years |
| | ) |
| SCOTT K. WILLIAMSON, | ) $100 Mandatory Special Assessment |
| [DOB: 5-20-52] | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about May 29, 2001, until on or about May 31, 2001, in Howell County, in the Western District of Missouri, and elsewhere, the defendant, SCOTT K. WILLIAMSON, knowingly did travel in interstate commerce from Battle Creek, Michigan, to West Plains, Missouri, and to Blue Springs, Missouri, for the purpose of engaging in a sexual act with a juvenile female, a person under sixteen years of age, which would have been a violation of Chapter 109A of Title 18, United States Code, Section 2243(a), relating to sexual abuse of a minor, if committed within the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

Marietta Parker
United States Attorney

By /s/ Richard E. Monroe

Richard E. Monroe
Assistant United States Attorney
MO Bar No. 27297
901 St. Louis, Suite 500
Springfield, Missouri 65806
(417)831-4406

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MISSOURI__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>SCOTT K. WILLIAMSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 01-03044-01-CR-S-SOW<br><br>R. Steven Brown, AFPD<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

- X pleaded guilty to count(s)  1s of Information on 9/13/01
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 USC 2423(b) | Interstate travel for engaging in illegal sexual activity | 05/31/01 | 1s |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- X Count(s)  1 and 2   ☐ is   X are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 01/16/02<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 05/20/52 | |
| Defendant's USM No.: 14221-045 | _Signature of Judicial Officer_ |
| Defendant's Residence Address:<br>114 Wanondoger Circle<br>Battle Creek, WI 49017 | Scott O. Wright, Senior United States District Judge<br>Name and Title of Judicial Officer |
| | JAN 17 2002<br>Date |
| Defendant's Mailing Address:<br>901 St. Louis Street, Ste. 801<br>Springfield, MO 65806 | |

ORIGINAL                             Document # 33

DEFENDANT: Scott K. Williamson
CASE NUMBER: 01-03044-01-CR-S-SOW

Judgment — Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of   37 months on Ct 1s   .

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 3/01) Judgment in a Criminal Ca
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: Scott K. Williamson
CASE NUMBER: 01-03044-01-CR-S-SOW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term    3 years on Ct 1s

     The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

     If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

     The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 3/01) Judgment in a Criminal
           Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: Scott K. Williamson
CASE NUMBER: 01-03044-01-CR-S-SOW

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall personally report to the Probation Office within 72 hours of release.

Defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Defendant shall not possess or use any computer with access to any 'on-line computer service' at any location (including employment) without the prior approval of the United States Probation Officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

Defendant shall provide personal/business telephone records to the United States Probation Officer upon request.

Defendant shall not associate or have any contact (including incidental contact such as being present in locations where minors frequent) with females under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the Probation Office.

Defendant shall not have contact with the victim in this case. This includes any physical, visual, written or telephone contact with such person. Additionally, the defendant shall not directly or indirectly cause or encourage anyone else to have such contact with such person.

Defendant shall participate in, and pay for, a psychosexual evaluation. The defendant shall successfully participate in any sex offender counseling program as directed by the Probation Office.

Defendant shall pay any restitution balance during period of supervision.

DEFENDANT: Scott K. Williamson
CASE NUMBER: 01-03044-01-CR-S-SOW

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 671.80 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Shelby Sterchi | 671.80 | 671.80 | |
| **TOTALS** | $ 671.80 | $ 671.80 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 6 — Criminal Monetary Penalt.

Case 1:04-pt-00036-GJQ   ECF No. 2,  PageID.9   Filed 11/26/04   Page 8 of 15

Judgment — Page   6   of   6  

DEFENDANT: Scott K. Williamson
CASE NUMBER: 01-03044-01-CR-S-SOW

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   X   Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    X in accordance with    ☐ C,    ☐ D, or    X E below; or

**B**   ☐   Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ E below); or

**C**   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Special instructions regarding the payment of criminal monetary penalties:

    Restitution is due immediately. If unable to pay the full amount immediately, the defendant shall make payments of 10% of earnings while incarcerated and monthly payments of $100.00 or 10% of gross income, whichever is greater, while on supervision.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 01-03044-01-CR-S-SOW |
| | | DOCKET NUMBER (Rec. Court) |
| | | 1:04:PT:36 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott K. Williamson | Western Missouri | Southern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Scott O. Wright | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | FROM February 13, 2004 — TO February 12, 2007 |

**OFFENSE**

Interstate Travel for the Purpose of Engaging in Illegal Sexual Activity

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF MICHIGAN** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-17-04
Date

Scott O. Wright, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV - 2 2004
Effective Date

United States District Judge
Hon. Gordon J. Quist

TERMED

# U.S. District Court
## Western District of Missouri (Springfield)
## CRIMINAL DOCKET FOR CASE #: 6:01-cr-03044-ALL
## Internal Use Only

Case title: USA v. Williamson

Date Filed: 06/27/2001

Assigned to: Judge Scott O. Wright
Referred to: Magistrate James C. England

**Defendant**
-----------------------

**Scott K Williamson** (1)
*TERMINATED: 02/10/2003*

represented by **Fed Public Defender**
Federal Public Defender's Office
901 St. Louis Street
Suite 801
Springfield, MO 65806
(417) 873-9022
*TERMINATED: 01/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**R. Steven Brown**
Office of the Federal Public Defender
901 St. Louis Street
Suite 801
Springfield, MO 65806
417/873-9022
Fax: 417/873-9038
Email: steve_brown@fd.org
*TERMINATED: 01/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
-----------------------

**Disposition**
---------------

Dft committed to custody of BOP for
37 mos followed by 3 yrs supervised

| | |
|---|---|
| 18:2423.F COERCION OR ENTICEMENT OF MINOR FEMALE (1s) | release on Ct 1s; Spec Cond Super Rel: personally report to PO within 72 hours of release; submit to reasonable search; not use computer with on-line access; provide phone record s to PO; not associate with females under 18; not contact victim; participate and pay for psychosexual eval; participate in sex offender counsel prog; pay restitution balance; $100.00 MPA; $671.80 restitution to Shelby Sterchi, due immediat ely or 10% of earnings while incarcerated and 10% or $100 whichever is greater while on supervision; dft remanded to custody |

**Highest Offense Level (Opening)**
--------------------------------------

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:2422.F COERCION OR ENTICEMENT OF FEMALE (1) | Dismissed upon gov't motion |
| 18:2423.F COERCION OR ENTICEMENT OF MINOR FEMALE (2) | Dismissed upon gov't motion |

**Highest Offense Level (Terminated)**
------------------------------------------

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
------------------

| | |
|---|---|
| USA | represented by **Richard E. Monroe** |

Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806-2511
417/831-4406
Fax: 417/831-4511
Email: richard.monroe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2001 | 1 | INDICTMENT assigned to Judge Scott O. Wright Counts filed against Scott K Williamson (1) count(s) 1, 2 (Glenda Elayer) (Entered: 06/28/2001) |
| 06/27/2001 | 2 | ORDER by Judge Scott O. Wright case referred to Magistrate James C. England as to Scott K Williamson (cc:all counsel) (Glenda Elayer) (Entered: 06/28/2001) |
| 06/28/2001 | 3 | ORDER for writ of habeas corpus ad prosequendum by Magistrate James C. England issued and delivered to U.S. Marshal (Glenda Elayer) (Entered: 06/28/2001) |
| 07/17/2001 | 4 | NOTICE re discovery procedures by plaintiff USA as to defendant Scott K Williamson (Glenda Elayer) (Entered: 07/17/2001) |
| 07/17/2001 | 6 | MINUTE ENTRY as to defendant Scott K Williamson Magistrate James C. England presiding first appearance of Scott K Williamson , dft cont in custody; Court Reporter: Alex Martinez (Alexandra Martinez) (Entered: 07/18/2001) |
| 07/17/2001 | 7 | AFFIDAVIT of financial status by defendant Scott K Williamson (Alexandra Martinez) (Entered: 07/18/2001) |
| 07/17/2001 | 8 | ORDER by Magistrate James C. England for appointment of counsel Fed Public Defender as to Scott K Williamson (cc:all counsel) (Alexandra Martinez) (Entered: 07/18/2001) |
| 07/17/2001 | 9 | ORDER by Magistrate James C. England omnibus hrg & arraignment set 8/2/01 at 11:00 a.m. as to Scott K Williamson (cc:all counsel) (Alexandra Martinez) (Entered: 07/18/2001) |
| 07/18/2001 | 5 | MOTION by USA notice for a pretrial detention hearing pursuant to 18 USC 3142(f) as to Scott K Williamson (Court Employee) (Entered: 07/18/2001) |
| 08/02/2001 | 10 | MINUTE ENTRY as to defendant Scott K Williamson Magistrate |

| | | |
|---|---|---|
| | | James C. England presiding omnibus hrg & arraignment held, dft enters plea of not guilty; Atty R. Steven Brown present; dft cont in custody; Court Reporter: Alex Martinez (Alexandra Martinez) (Entered: 08/02/2001) |
| 08/02/2001 | 11 | OMNIBUS hearing report for defendant Scott K Williamson (Alexandra Martinez) (Entered: 08/02/2001) |
| 08/02/2001 | 12 | ORDER in respect to the filing of pretrial mtns & responses by Magistrate James C. England as to Scott K Williamson (cc:all counsel) (Alexandra Martinez) (Entered: 08/02/2001) |
| 08/20/2001 | 13 | MOTION by Scott K Williamson for contact visits of clients of the FPD, WDMO, South Div, that are presently, or will in the future be, housed at St. Clair County Jail, Osceloa, MO (Court Employee) (Entered: 08/20/2001) |
| 08/20/2001 | 14 | ORDER by Magistrate James C. England felony plea set for 9/13/01 at 9:30 a.m. as to Scott K Williamson (cc:all counsel) (Court Employee) (Entered: 08/20/2001) |
| 08/23/2001 | 15 | RESPONSE by plaintiff USA as to defendant Scott K Williamson motion for contact visits of clients of the FPD, WDMO, South Div, that are presently, or will in the future be, housed at St. Clair County Jail, Osceloa, MO [13-1] (Linda Howard) (Entered: 08/23/2001) |
| 08/30/2001 | 16 | Supplementary RESPONSE by plaintiff USA to dft's mtn for contact visit as to defendant Scott K Williamson (Linda Howard) (Entered: 08/30/2001) |
| 09/13/2001 | 17 | WAIVER of indictment by defendant Scott K Williamson (Alexandra Martinez) (Entered: 09/13/2001) |
| 09/13/2001 | 18 | SUPERSEDING Information Scott K Williamson (1) count(s) 1s (Alexandra Martinez) (Entered: 09/13/2001) |
| 09/13/2001 | 19 | NOTICE regarding entry of a plea of guilty w/ consent by defendant Scott K Williamson, plaintiff USA (Alexandra Martinez) (Entered: 09/13/2001) |
| 09/13/2001 | 20 | PLEA Agreement as to Scott K Williamson (Alexandra Martinez) (Entered: 09/13/2001) |
| 09/13/2001 | 21 | MINUTE ENTRY OF PLEA: Magistrate James C. England presiding Plea of guilty was entered by Scott K Williamson (1) count(s) 1s Presentence Investigation Ordered; dft cont in custody; Ct. Rptr; Alex Martinez (Alexandra Martinez) (Entered: 09/13/2001) |

| | | |
|---|---|---|
| 09/13/2001 | 22 | REPORT and Recommendation concerning plea of guilty by Magistrate James C. England as to defendant Scott K Williamson (Alexandra Martinez) (Entered: 09/13/2001) |
| 09/25/2001 | 23 | RETURN OF SERVICE as to defendant Scott K Williamson of writ of habeas corpus ad prosequendum (Alexandra Martinez) (Entered: 09/25/2001) |
| 09/27/2001 | 24 | TRANSCRIPT of Change of Plea held on 9/13/01 before Magistrate James C. England as to defendant Scott K Williamson (Linda Howard) (Entered: 09/27/2001) |
| 09/28/2001 | 25 | ORDER by Judge Scott O. Wright accepting plea of guilty and adjudication of guilt as to Scott K Williamson (cc:all counsel) (Glenda Elayer) (Entered: 09/28/2001) |
| 10/17/2001 | 26 | MOTION by Scott K Williamson to set detention hrg on 10/23/01 (Glenda Elayer) (Entered: 10/17/2001) |
| 10/19/2001 | 27 | ORDER by Magistrate James C. England detention hearing set for 10/23/01 at 11am as to Scott K Williamson (cc:all counsel) (Linda Howard) (Entered: 10/19/2001) |
| 10/23/2001 | 28 | MINUTE ENTRY as to defendant Scott K Williamson Magistrate James C. England presiding detention hearing waived by dft ; dft order detained; Court Reporter: Alex Martinez (Alexandra Martinez) (Entered: 10/23/2001) |
| 12/14/2001 | 29 | NOTICE of hearing by Judge Scott O. Wright as to defendant Scott K Williamson sentencing hearing set for 1/7/02 @ 1:30pm (Georgia Kee) (Entered: 12/15/2001) |
| 01/03/2002 | 30 | OBJECTION To Presentence Report by plaintiff USA (Linda Howard) (Entered: 01/03/2002) |
| 01/14/2002 | 31 | ORDER by Judge Scott O. Wright sentencing hearing set 1/16/02 at 8:00 AM as to Scott K Williamson (cc:all counsel) (Glenda Elayer) (Entered: 01/14/2002) |
| 01/16/2002 | 32 | MINUTE ENTRY as to defendant Scott K Williamson Judge Scott O. Wright presiding sentencing hearing held 1/16/02 dft remanded to custody Court Reporter: ERO April Mason (Glenda Elayer) (Entered: 01/16/2002) |
| 01/17/2002 | 33 | JUDGMENT and Commitment issued to U.S. Marshal sentencing as to Scott K Williamson (1) count(s) 1s. Dft committed to custody of BOP for 37 mos followed by 3 yrs supervised release on Ct 1s; Spec |

| | | |
|---|---|---|
| | | Cond Super Rel: personally report to PO within 72 hours of release; submit to reasonable search; not use computer with on-line access; provide phone records to PO; not associate with females under 18; not contact victim; participate and pay for psychosexual eval; participate in sex offender counsel prog; pay restitution balance; $100.00 MPA; $671.80 restitution to Shelby Sterchi, due immediately or 10% of earnings while incarcerated and 10% or $100 whichever is greater while on supervision; dft remanded to custody party Scott K Williamson , dismissing counts Scott K Williamson (1) count(s) 1, 2 . Dismissed upon gov't motion , , Judge Scott O. Wright (Glenda Elayer) (Entered: 01/17/2002) |
| 02/25/2002 | 34 | JUDGMENT and Commitment returned executed as to defendant Scott K Williamson 2/19/02 (Linda Howard) (Entered: 02/25/2002) |
| 11/23/2004 | 35 | PROBATION JURISDICTION transferred to Western District of Michigan as to Scott K Williamson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Howard, Linda) (Entered: 11/23/2004) |