Prob12b
5/00

**UNITED STATES DISTRICT COURT**

for

**WESTERN DISTRICT OF MICHIGAN**

05 OCT 28 PM 5: 12

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*Probation Form 49, Waiver of Hearing is Attached*

October 24, 2005

Name of Offender: **Scott K. Williamson**  Docket Number: 01-03044-01-CR-S-SOW (original)
                                                            1:04:PT:36 (transfer)

Name of Sentencing Judicial Officer:  The Honorable Scott O. Wright
                                       Senior U.S. District Judge, Western District of Missouri

Date of Original Sentence:  January 16, 2002

Original Offense:  Interstate Travel for Engaging in Illegal Sexual Activity;
                   18 U.S.C. § 2423(b)

Original Sentence:  37 months custody and 3 years supervised release. Special conditions: (1) report to the probation within 72 hours of release; (2) submit his person, residence, office or vehicle to a search by the U.S. Probation Office; (3) not possess or use any computer with access to any "on-line computer service" without the prior approval of the probation officer; (4) provide personal/business telephone records to the probation officer upon request; (5) not associate or have contact with females under the age of 18, except in the presence of a responsible adult and who has been approved by the probation office; (6) not have contact with the victim in this case; (7) participate in, and pay for, a psychosexual evaluation, and successfully participate in sex offender treatment as directed; and (8) pay any restitution balance during the period of supervision. $100.00 special assessment (paid), $671.80 restitution (paid).

**On November 2, 2004, jurisdiction was accepted in the Western District of Michigan, by the Honorable Gordon J. Quist, U.S. District Judge.**

Type of Supervision: Supervised Release     Date Supervision Commenced: February 13, 2004

Case 1:04-pt-00036-GJQ  ECF No. 3, PageID.18  Filed 10/28/05  Page 2 of 4

Request for Modifying the Condition or Term | Page 2
of Supervision with Consent of the Offender | The Honorable Gordon J. Quist
Re: **Scott K. Williamson**
October 25, 2005

## PETITIONING THE COURT

[ ] To extend the term of supervision for ___ years, for a total term of ___ years.
[x] To modify the conditions of supervision as follows:

> 8. **The defendant shall be placed on home confinement without electronic monitoring for a period of four (4) months, as arranged by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any call forwarding, Caller ID, call waiting, modems, answering machines, cordless telephones, or other special services for the above period. While on home detention, the defendant shall observe the rules as specified by the probation department.**

## CAUSE

Over the past several months, Mr. Williamson has been under investigation by the undersigned officer regarding possible violations of his supervised release. The initial investigation began as a result of information provided to the undersigned officer by Mr. Williamson's ex-girlfriend. The results of the investigation, in conjunction with subsequent admissions made by Mr. Williamson affirmed he has violated various conditions of his supervised release. Specifically, Mr. Williamson committed the following violations: (1) possessed and used a computer to access an Internet dating service; (2) associated with a known convicted felon, identified as Mark Robert Brownlee, without permission; (3) failed to follow instructions of the probation officer by continuing his association with Mr. Brownlee; and (4) falsified numerous monthly supervision report forms regarding his association with anyone having a criminal record (i.e., Mr. Brownlee).

Where there is more than one violation of the conditions of supervision, the grade of the violation is determined by the violation having the most serious grade, pursuant to U.S.S.G. § 7B1.1(b). Violation numbers 1, 2, and 3 are Grade C violations. Violation number 4 is a Grade B violation. With a Grade B violation and a criminal history of I, the guideline term upon revocation is 4 to 10 months, pursuant to U.S.S.G. § 7B1.4(a). In lieu of pursing formal revocation proceedings against Mr. Williamson, the undersigned officer initially considered recommending the Court modify his conditions of supervision by requiring him to serve four months at the halfway house or on electronic monitoring. However, the undersigned officer was informed by representatives of each program that Mr. Williamson was not eligible for participation due to the nature of the offense of conviction.

At this time, the undersigned officer believes the recommended modification noted above will still serve to punish Mr. Williamson for his behavior, and deter others from committing similar acts, while at the same time affording him the opportunity to remain productive in the community by continuing to work and provide for himself and his family.

Case 1:04-pt-00036-GJQ  ECF No. 3, PageID.19  Filed 10/28/05  Page 3 of 4

Request for Modifying the Condition or Term                                              Page 3
of Supervision with Consent of the Offender                               The Honorable Gordon J. Quist
                                                                              Re: **Scott K. Williamson**
                                                                                  October 24, 2005

Should the Court wish to pursue this matter in a different fashion, the undersigned officer will be available at the Court's request.

Respectfully submitted,

*Eric C. Hoffman*

Eric C. Hoffman
U.S. Probation Officer
269-381-6872

ECH:dh
Reviewed and Approved:

Ian R. Dingwall
U.S. Probation Officer In Charge
269-381-5494

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Condition as Noted Above
[ ] Other

*Gordon J. Quist*

The Hon. Gordon J. Quist
U.S. District Judge

OCT 28 2005

Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# WESTERN DISTRICT OF MICHIGAN

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **The defendant shall be placed on home confinement without electronic monitoring for a period of four (4) months, as arranged by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any call forwarding, Caller ID, call waiting, modems, answering machines, cordless telephones, or other special services for the above period. While on home detention, the defendant shall observe the rules as specified by the probation department.**

Witness: _Eric C. Hoffman_  Signed: _Scott K. Williamson_
Eric C. Hoffman               Scott K. Williamson
U.S. Probation Officer        Probationer or Supervised Releasee

10-11-05
DATE