PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court

For The

Western District of Michigan

UNITED STATES OF AMERICA

v.   Crim. No.   01-03044-01-CR (original)

1:04:PT:36 (transfer)

SCOTT K. WILLIAMSON

The above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 12, 2007. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

/s/ Eric C. Hoffman

Eric C. Hoffman
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of February, 2007.

Hon. Gordon J. Quist
United States District Judge